BOROUGH OF PENNINGTON, PLAINTIFF-PETITIONER, v. ROSCOE P. KANDLE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Souter & Scozzari* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Schwartz* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JACOB SKURATOFSKY, DEFENDANT-RESPONDENT.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the petitioner.

*Mr. Myron P. Maurer* for the respondent.

July 8, 1968. Denied.

EUGENE COOK, PLAINTIFF-PETITIONER, v. JUNE STRE-LECKI, *ETC.*, *ET AL.*, DEFENDANT-RESPONDENT.

*Mr. Charles Frankel* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Winard* for the respondent.

July 8, 1968. Denied.